

| Case | Docket No. | Date | Judges | Disposition |
|---|---|---|---|---|
| Ne.K. v. Indiana Dept. of Child Services | 47A04–1607–JT–1600 | 12/12/2016 | ALTICE, J.<br>BRADFORD, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Danner v. State | 49A02–1603–CR–657 | 12/12/2016 | BRADFORD, J.<br>VAIDIK, C.J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| E.S., In re | 71A03–1603–JT–684 | 12/13/2016 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Reversed<br>Concurs<br>Concurs |
| Mikework v. State | 04A03–1605–CR–1122 | 12/13/2016 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Sanders v. State | 49A05–1605–CR–971 | 12/13/2016 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Williams v. State | 20A05–1512–CR–2344 | 12/13/2016 | ROBB, J.<br>MATHIAS, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| P.W. v. Indiana Dept. of Child Services | 45A03–1605–JT–1167 | 12/14/2016 | KIRSCH, J.<br>MAY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Rodriguez v. State | 20A05–1604–CR–903 | 12/14/2016 | VAIDIK, C.J.<br>BAKER, J.<br>NAJAM, J. | Affirmed<br>Concurs<br>Concurs |
| Perez v. State | 02A05–1605–CR–1065 | 12/14/2016 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Epperly v. State | 34A02–1607–CR–1567 | 12/14/2016 | BARTEAU, Sr.J.<br>NAJAM, J.<br>ALTICE, J. | Reversed and Remanded with instructions<br>Concurs<br>Concurs |
| McDade v. State | 49A04–1606–MI–1414 | 12/14/2016 | BRADFORD, J.<br>PYLE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |